## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

CYNTHIA HARGROVE,

       Plaintiff,

    v.

HCA, and ROBERT JOHNSON,

       Defendants.

CIVIL ACTION NO.: 4:23-cv-213

### O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's October 6, 2023, Report and Recommendation, (doc. 16), to which Plaintiff has not filed an objection.   The Court **ADOPTS** the Report and Recommendation as its opinion.   Plaintiff's claims against Defendant Robert Johnson are **DISMISSED**.   Plaintiff's claims against Defendant HCA remain pending service by the United States Marshal.   (<u>See</u> doc. 16, p. 6.)

**SO ORDERED**, this 25th day of October, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA