# United States District Court
## Southern District of Georgia

Cynthia Hargrove
_____
Plaintiff

v.

HCA, et. al.
_____
Defendant

Case No. __4:23-cv-00213-RSB-CLR__

Appearing on behalf of
Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __3rd__ day of __January__, __2024__.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Jessica A. Jackson

Business Address: Ford & Harrison LLP
Firm/Business Name

271 17th St., NW
Street Address

Suite 1900 | Atlanta | GA | 30363
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

(404) 888-3841 | 565110
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: jjackson@fordharrison.com